IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>TP-LINK TECHNOLOGIES CO., LTD., et al.,<br><br>*Defendants* | Civil Action No. 1:12-cv-01334-SLR<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Telecomm Innovations, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendants TP-Link Technologies Co., Ltd. and TP-Link USA Corporation (collectively, "Defendants") have not yet answered the Complaint. Accordingly, Telecomm Innovations, LLC voluntarily dismisses Defendants without prejudice pursuant to Rule 41(a)(1).

Dated: June 10, 2013                           STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

Timothy Devlin #4241
    tdevlin@farneydaniels.com
FARNEY DANIELS PC
1220 Market Street, Suite 850
Wilmington, DE 19801
Telephone: (302) 300-4626

*Attorneys for Plaintiff*
*Telecomm Innovations, LLC*